# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146160

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERNEST GENE THOMPSON,
      Defendant-Appellant.

SC: 146160
COA: 311819
Macomb CC: 2011-003468-FH

_____/

On order of the Court, the application for leave to appeal the September 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

t0225